**Opinion issued August 30, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00333-CV

_____

## JAMES EARL HOGUE, Appellant

## V.

## OFFICE OF THE ATTORNEY GENERAL, Appellee

On Appeal from the 311th District Court
Harris County, Texas
Trial Court Case No. 2016-74265

## MEMORANDUM OPINION

Appellant, James Earl Hogue, has failed to timely file a brief. *See* TEX. R. APP.

P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to

file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.